No. 78–1819.   MASSACHUSETTS *v.* SOARES ET AL.   Sup. Jud. Ct. Mass.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–2.   WARDEN, ILLINOIS STATE PENITENTIARY, ET AL. *v.* HAIRSTON.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–46.   ESTELLE, CORRECTIONS DIRECTOR *v.* FITCH. C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–94.   CASTELLANO ET AL. *v.* SPEARS.   C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.